UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE D METZ, 2,

    Plaintiff,

v.                                              Case No.: 2:19-cv-424-FtM-38MRM

MANDY HINES,

    Defendant.
_____/

## ORDER[1]

Before the Court is a *sua sponte* review of the file. A few weeks ago, the Court granted Defendant's Motion to Dismiss (Doc. 25) and ordered Plaintiff to file an amended complaint by December 24, 2019. (Doc. 30). The Court warned Plaintiff that "**failure to do so may result in the dismissal of this case without further notice**." (Doc. 30 at 8). Yet that deadline came and went without an amended complaint or any word from Plaintiff. So Plaintiff shows a lack of interest in prosecuting this case. The Court thus dismisses this case for failure to prosecute. *See* Local Rule 3.10.

Accordingly, it is now

**ORDERED:**

1. The case is **DISMISSED without prejudice** for failure to prosecute.

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close the file.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of January, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record